**Order entered February 12, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01289-CV

**JESSICA L. JOHNSON, Appellant**

**V.**

**WELLS FARGO BANK, NA, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03662**

## ORDER

By letter dated January 10, 2020, we notified appellant her brief failed to comply with rule 38 of the Texas Rules of Appellate Procedure and directed her to file an amended brief that complied with rule 38 within ten days. To date, appellant has not filed an amended brief.

Accordingly, we **ORDER** the appeal submitted on appellant's January 2, 2020 brief. Appellee's brief shall be filed within **THIRTY DAYS** of the date of this order.

/s/ KEN MOLBERG
JUSTICE